AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ERICK J. ALEXANDER<br>*Defendant(s)* | )<br>)<br>)  Case No. 1:17mj495<br>)<br>)<br>) |

FILED NOV 1 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 3, 2014__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1343 | Wire fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jamar K. Walker

*Complainant's signature*
Javier Gonzalez
Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/01/2017

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Theresa C. Buchanan
United States Magistrate Judge
*Printed name and title*